```
1    ERIC GRANT
     United States Attorney
2    MATHEW W. PILE
     Associate General Counsel
3    Office of Program Litigation, Office 7
     ROSEANNE GILLETTE, CSBN 251001
4    Special Assistant United States Attorney
     Office of Program Litigation, Office 7
5    Office of the General Counsel
     Social Security Administration
6    6401 Security Boulevard
     Baltimore, MD 21235
7    Telephone:  (855) 295-8304
     Email: Roseanne.Gillette@ssa.gov
8
9    Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ELIJAH GILBERT JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-01369-EFB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); [PROPOSED] ORDER |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

   The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this 29th day of August 2025

Respectfully submitted,

Dated: August 29, 2025                LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides\**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on August 29, 2025]

Dated: August 29, 2025                ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:     */s/ Roseanne Gillette*
ROSEANNE GILLETTE
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 5, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE